**Dated: September 8, 2025**

 **The following is ORDERED:**



_Paul R. Thomas_
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

**In Re:**                                                     General Order No. **25-06**

Application for Exemption from the
Electronic Public Access Fees by **Wilson Perira Pinto Neto**

### ORDER DENYING EXEMPTION OF PACER FEES

       This matter is before the Court upon the application and request by for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

       The Court finds that the applicant, requests exemption from PACER to the electronic case files maintained in the **Oklahoma Eastern Bankruptcy Court.**   However, the list of cases does not include any cases listed in the Oklahoma Eastern Bankruptcy Court.   As a result, the Application is denied.

       **A copy of this Order shall be sent to the PACER Service Center by the applicant.**